IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THEODORE FORD, CHEVONDA ROBINSON,**     **PLAINTIFFS**
**AND ALEXIS WILSON, INDIVIDUALLY AND**
**ON BEHALF OF OTHERS SIMILARLY SITUATED**

v.         Case No. 4:13-cv-00062-KGB

**SANDALWOOD HEALTHCARE, LLC**
**AND KEITH HEAD INDIVIDUALLY AND**
**IN HIS CAPACITY AS AN OWNER, MANAGER,**
**AND OFFICER OF SANDALWOOD HEALTHCARE, LLC**     **DEFENDANTS**

## ORDER

Before the Court is plaintiffs' motion for voluntary non-suit (Dkt. No. 9). Plaintiffs move to dismiss with prejudice all of their pending claims against defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. For good cause shown, the motion is granted. Plaintiffs' claims are dismissed with prejudice.

SO ORDERED this the 10th day of January, 2014.

                                        Kristine G. Baker
                                        United States District Judge